IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**VARSHA VAGHELA,**

        **PLAINTIFF,**

**V.**                                      **CIVIL ACTION NO.: 2:17-CV-00327**

**HUNTINGTON BANCSHARES,**
**INCORPORATED,**

        **DEFENDANT.**

### DEFENDANT'S EXHIBIT DISCLOSURE

COMES NOW the Defendant, Huntington Bancshares, Incorporated, and pursuant to the Court's Supplemental Scheduling Order, discloses the following proposed exhibits:

1. Retail Zero Tolerance List

2. Tom Dixon Interview Notes memorialized October 20, 2015

3. West Virginia Notary Handbook

4. Text of the 2015 Employee Handbook Acknowledgment

5. Vaghela, Varsha Record of Employee Handbook Acknowledgment 2015

6. Deed, notarized by Varsha Vaghlea August 25, 2015

7. Huntington Bancshares Incorporated Policy – Notary Policy

8. Varsha Vaghela letter to Administrative Law Judge in Case No. R-2015-3455

9. West Virginia Secretary of State Notary Record for Varsha Vaghela

10. Documents related to Varsha Vaghela's income

11. The Defendant reserves the right to utilize other exhibits, with leave of Court, for impeachment purposes should the need arise.

**HUNTINGTON BANCSHARES, INCORPORATED,**

**By Counsel,**

/s/ Thomas S. Kleeh
Thomas S. Kleeh, Esq. (WVSB #8045)
Mark C. Dean, Esq. (WVSB #12017)
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
P. O. Box 1588
Charleston, WV 25326-1588
Telephone: 304-353-8000
Facsimile: 304-353-8180
Thomas.Kleeh@Steptoe-Johnson.com
Mark.Dean@Steptoe-Johnson.com
*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

VARSHA VAGHELA,

    PLAINTIFF,

V.                                  CIVIL ACTION NO.: 2:17-CV-00327

HUNTINGTON BANCSHARES,
INCORPORATED,

    DEFENDANT.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th of April 2018, I electronically filed the preceding document "Defendant's Exhibit Disclosure" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel B. Petsonk, Esq.
Mountain State Justice, Inc.
223 Prince Street
Beckley, WV 25801

Bren J. Pomponio, Esq.
Mountain State Justice, Inc.
1031 Quarrier Street, Suite 200
Charleston, WV 25301

/s/ Thomas S. Kleeh
Thomas S. Kleeh, Esq. (WVSB #8045)
Mark C. Dean, Esq. (WVSB #12017)
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
P. O. Box 1588
Charleston, WV 25326-1588
Telephone: 304-353-8000
Facsimile: 304-353-8180
Thomas.Kleeh@Steptoe-Johnson.com
Mark.Dean@Steptoe-Johnson.com
*Counsel for Defendant*