IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

VARSHA VAGHELA,

          Plaintiff,

v.                              CIVIL ACTION NO.  2:17-cv-00327

HUNTINGTON BANCSHARES, INCORPORATED,

          Defendant.

**ORDER OF DISMISSAL**

      Pursuant to the Final Settlement Conference held today, May 3, 2018 at 9:00 a.m., the above-styled action has been compromised and settled.  Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

      The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

**IT IS SO ORDERED**.

      The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                  ENTER:      May 3, 2018

                                    THOMAS E. JOHNSTON, CHIEF JUDGE